**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**CHRISTOPHER SEAN LYTLE #01660288,
PLAINTIFF,**

**-vs-**                                                    **Case No.  A-23-CV-441-DII**

**AMY CLARK MEACHUM, et al.
DEFENDANTS.**

_____

**FINAL JUDGMENT**

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's order which dismissed Plaintiff Christopher Sean Lytle's complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

**SIGNED** on August 14, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE