**FILED**
April 20, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
DEPUTY

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 20, 2024
Lyle W. Cayce
Clerk

_____

No. 23-50772
_____

CHRISTOPHER SEAN LYTLE,

    *Plaintiff—Appellant*,

versus

AMY CLARK MEACHUM, *Judge*; KEN PAXTON, *Attorney General, State of Texas*,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-441
_____

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(B), the appeal is dismissed as of April 20, 2024, pursuant to appellant's motion.



**A True Copy**
**Certified order issued Apr 20, 2024**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 23-50772

By: _____
LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50772   Lytle v. Meachum
                          USDC No. 1:23-CV-441

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Casey A. Sullivan, Deputy Clerk
                          504-310-7642

cc w/encl:
    Mr. Christopher Sean Lytle